LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EDWARD MAKARON,** INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> vs. <br><br> **LLOYD HEARING AID CORP,** dba **DIRECT SOURCE HEARING,** <br><br> Defendant. | CASE #: 2:14-CV-04984-DMG-MRW <br><br> **NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

1 | Respectfully submitted this 18th day of December, 2014.

2

3 | By: s/Todd M. Friedman
    TODD M. FRIEDMAN
4 | Law Offices of Todd M. Friedman, P.C.
    Attorney for Plaintiff
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Filed electronically on this 18th day of December, 2014, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Dolly M. Gee
United States District Court
Central District of California

Stephen D Weisskopf
Weisskopf Law

This 18th day of December, 2014.

s/Todd M. Friedman
Todd M. Friedman